UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARREN WALLACE, et al., <br> Plaintiffs, <br> v. <br> CITY OF SAN JOSE, <br> Defendant. | Case No. 5:16-cv-04914-HRL <br><br> **JUDGMENT** |

The court having granted defendant's motion for summary judgment, IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of defendant and against plaintiffs, and that plaintiffs take nothing by their complaint.

Dated: May 14, 2018

HOWARD R. LLOYD
United States Magistrate Judge