JOHN McBRIDE – 36458
CHRISTOPHER E. PLATTEN - 111971
CAROL L. KOENIG - 162037
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone: (408) 979-2920
Facsimile: (408) 979-2934

Attorneys for Plaintiffs DARREN WALLACE,
KEITH HART, MARK LEEDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WALLACE, KEITH HART, MARK LEEDS and other employees similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN JOSE,<br><br>　　　　Defendant.<br>_____/ | Case No. 5:16-cv-04914-HRL<br><br>Assigned to: Hon. Howard R. Lloyd<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that plaintiffs Darren Wallace, Keith Hart and Mark Leeds, hereby appeal in the above-named case to the United States Court of Appeals for the Ninth Circuit from the Judgment entered May 14, 2018.

Dated: June 11, 2018

　　　　　　　　　　　　　　　WYLIE, McBRIDE, PLATTEN & RENNER

　　　　　　　　　　　　　　　　　　/s/John McBride
　　　　　　　　　　　　　　　　　　JOHN McBRIDE
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

I:\0230\72660\pleadings - non-discovery\notice of appeal.docx